JS-6

Nick Baltaxe (SBN 329751)
Meriel Kim (SBN 353628)
**DUANE MORRIS LLP**
865 South Figueroa Street, Suite 3100
Los Angeles, CA 90017
E-mail:  nbaltaxe@duanemorris.com
         mkim@duanemorris.com

Gerald L. Maatman (IL 6181016) *(pro hac vice forthcoming)*
Jennifer A. Riley (IL 6272366) *(pro hac vice forthcoming)*
**DUANE MORRIS LLP**
190 S. LaSalle Street, Suite 3700
Chicago, Illinois 60603
E-mail:  gmaatman@duanemorris.com
         jariley@duanemorris.com

Attorneys for Defendant,
KELLY SERVICES, INC.

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER MCCORMICK, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TD SYNNEX CORPORATION; KELLY SERVICES, INC.; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 5:24-cv-01851-JGB-DTB<br><br>**ORDER GRANTING JOINT STIPULATION OF VOLUNTARY DISMISSAL OF PLAINTIFF'S INDIVIDUAL AND CLASS CLAIMS AND REMAND OF PLAINTIFF'S REMAINING CLAIMS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)(A)(II)**<br><br>*[Filed concurrently with Joint Stipulation of Voluntary Dismissal and Remand]* |

# ORDER

Plaintiff Christopher McCormick ("Plaintiff") and Defendants Kelly Services, Inc. and TD Synnex Corporation ("Defendants") (collectively, the "Parties") jointly filed the stipulation to dismiss Plaintiff's individual and class claims against Defendants without prejudice and remand the remaining PAGA claims to state court. Once remanded, the Parties will file a stipulation to stay Plaintiff's representative PAGA claims pending arbitration of Plaintiff's individual PAGA claims. The Court, having reviewed and considered the Parties' joint stipulation, GRANTS the Joint Stipulation of Voluntary Dismissal of Plaintiff's Individual and Class Claims and Remand of Plaintiff's Remaining Claims.

**IT IS SO ORDERED.**

Date: October 7, 2024

_____
Hon. Jesus G. Bernal